STATE OF NORTH CAROLINA v. ELMER JAMES MOORE

No. 7018SC288

(Filed 24 June 1970)

APPEAL by defendant from *Crissman, J.,* 16 February 1970. Criminal Session, Superior Court of GUILFORD County.

Defendant was indicted for breaking and entering, larceny, and receiving. He was represented by court-appointed counsel and entered a plea of not guilty to all counts. The jury was selected and impaneled and the testimony of one witness for the State was taken. At that point, defendant entered a plea of guilty to receiving. The court examined the defendant with respect to the voluntariness of his plea. A transcript of his plea was taken and sworn to by defendant before the Deputy Clerk of Superior Court. The transcript and the court's adjudication appear in the record. His plea was accepted and, prior to sentencing, the court heard the testimony of five other witnesses for the State and one witness for defendant. From judgment entered, defendant appealed. The court appointed his trial counsel to perfect the case on appeal.

*Attorney General Robert Morgan by Assistant Attorney General Sidney S. Eagles, Jr., and Staff Attorney Russell G. Walker, Jr., for the State.*

*Norman B. Smith for defendant appellant.*

MORRIS, J.

The record contains no assignments of error. Defendant's counsel states in his brief that since he knows of no error committed by the court, no assignments of error were made. He further states in his brief that defendant has been asked if he wished to supplement the brief with arguments of his own, but the defendant has declined to do so. However, defendant has filed in this Court several documents, including a copy of the record on appeal filed by his counsel, which he refers to as "entirety of all records and contentions enclosed herein." By his letter to the Clerk, he asks that they be filed and directed for full review. This we have assumed is defendant's own supplemental brief. We have ordered that it be added to the record filed without printing.

We have carefully examined the record and the documents sub-

mitted by defendant and are in accord with counsel's conclusion that in the trial of this matter· there was

No error.

MALLARD, C.J., and GRAHAM, J., concur.